THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN JAFFE, Appellant.

(Submitted March 16, 1936; decided March 20, 1936.)

*William Copeland Dodge, District Attorney (Ambrose J. Delehanty of counsel), for motions.*

No one opposed.

Motions granted and appeals dismissed.